RECEIVED IN
The Court of Appeals
Sixth District

DEC 1 0 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

DEC 1 6 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Cause No. 06-15-00062-CV

Allen "F" Calton

v

Steve Schiller, etal

In The Court of Appeals

Sixth District

State of Texas

## Appellant's Supplemental Certificate Of Service

To The Honorable Court:

Allen "F" Calton (the Appellant) hereby gives notice and confirms below that Appellee Steve Schiller's counsel has been served a copy of Appellant's opening brief on December 10, 2015.

## Certificate of Service

I, Allen "F" Calton #1123880 incarcerated at the Stiles unit in Jefferson County, TX. hereby certify and state under the penalty of perjury that A copy of Appellant's Brief that was previously filed with the court on 11-24-15 was first class mailed to Appellee Steve Schillers Attorney of Record Christopher Ponder 401 w. Belknap St., Ft. Worth, TX. 76196 on 12-10-15.
Executed on 12-10-15    Allen "F" Calton

Respectfully Submitted,
Allen "F" Calton

Appellant's Supplemental Certificate of service page 1 of 2

# Certificate of Service

I hereby certify that a copy of the foregoing was first class mailed to Appellees Attorneys Demetri Anastasiadis 300 w. 15Th st., Austin, TX. 78701 and Christopher Ponder 401 w. Belknap St., Ft. Worth, TX. 76196 on 12-10-15.

Allen "F" Calton

RECEIVED IN
The Court of Appeals
Sixth District

DEC 1 0 2015

Texarkana, Texas
Debra Autrey, Clerk

Clerk,

12-10-15

Re: Allen "F" Calton v Steve Schiller, et a

Appeal No. 06-15-00062-CU

Please find enclosed the original and a face page of

(1) Appellants Supplemental Certificate Of Service

File the original of the same with the papers of the court in reference to the above styled and numbered cause. Also file mark the face page: of the same and forward it back to the Appellant in the S.A.S.E. also enclosed.

Thank You,

Allen "F" Calton

Allen "F" Calton #1123880
Stiles Unit
3060 Fm 3514
Beaumont, TX. 77705